SUMMERS LUMBER AND SUPPLY CORPORATION, Respondent, *v.* J. S. BARBARA CONSTRUCTION CORPORATION et al., Defendants.

PROVIDENT MORTGAGE CORPORATION, Appellant, and H. CLAY WALDMAN, INC., et al., Respondents.

(Argued October 21, 1930; decided November 18, 1930.)

*C. Elmer Spedick* for appellant.

*Guy O. Walser* for plaintiff-respondent.

*Thomas J. Cuff* for defendant-respondent.

*Per Curiam.* The judgment should be modified by providing for payment to defendant Provident Mortgage Corporation, on account of the amount paid by it in satisfaction of prior mortgages on the premises, the sum of $15,926.94, with interest from February 21, 1929, instead of the sum of $10,562.10, and as so modified affirmed, without costs.

CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ., concur.

Judgment accordingly.